UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:     CURTIS A. NEAL

CASE NO.: 3:15-bk-01596-PMG

Debtor

---

## PROOF OF SERVICE

I DO HEREBY CERTIFY that a copy of the Order dated April 27, 2015 Granting Motion to Extend Automatic Stay (Docket No.: 13) was furnished to Douglas W. Neway, Chapter 13 Trustee, by CM/ECF electronic filing, and to all creditors and interested parties as per the attached Matrix, by either CM/ECF electronic filing and/or U.S. Mail, postage pre-paid, this 27th day of April, 2015.

Law Offices of Mickler & Mickler

By: _____
BRYAN K. MICKLER
Attorney for Debtor
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822 / FAX: 725-0855
Florida Bar No. 091790

1

Label Matrix for local noticing
113A-3
Case 3:15-bk-01596-PMG
Middle District of Florida
Jacksonville
Tue Apr 28 13:43:52 EDT 2015

Curtis A Neal
923 Montego Road West
Jacksonville, FL 32216-3298

All Debt Traders PortfolioCo
671 E. 18th Street
Plano, TX 75074-5601

American Credit Acceptance
961 E Main St
Spartanburg, SC 29302-2185

Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601-4303

Atlas Acquisitions LLC
c/o Erin M. Bradford Esq.
1505 N. Florida Avenue
Tampa, FL 33602-2613

(p)COLLECT AMERICA LTD
4340 S MONACO PKWY
2ND FL
DENVER CO 80237-3485

City of Jacksonville
117 West Duval Street Ste. 480
Jacksonville, FL 32202-5721

Client Services, Inc.
for Discover Card
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs LLC
Po Box 15316
Wilmington, DE 19850-5316

Duval County Tax Collector
231 Forsyth St. #130
Jacksonville FL 32202-3380

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Franklin Collection Svc
2978 W Jackson St
Tupelo, MS 38801-6731

I C Systems Inc
Po Box 64378
Saint Paul, MN 55164-0378

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Janet Neal
923 Montego Road West
Jacksonville, FL 32216-3298

Kay Jewelers/STERLING
375 Ghent Rd
Fairlawn, OH 44333-4600

Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211-6860

(p)REAL TIME RESOLUTIONS INC
PO BOX 36655
DALLAS TX 75235-1655

Scherr & McClure, P.A.
for CACH, LLC
1064 Greenwood Blvd., Ste328
Lake Mary, FL 32746-5419

Seterus
14523 Sw Millikan Way St
Beaverton, OR 97005-2352

Strategic Recovery Group
7668 Warren Pkwy Ste 325
Frisco, TX 75034-4161

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

(p)VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

Webbank/Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

Bryan K. Mickler +
5452 Arlington Expressway
Jacksonville, FL 32211-6860

United States Trustee - JAX 13/7 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Douglas W. Neway +
P O Box 4308
Jacksonville, FL 32201-4308

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CACH, LLC
370 - 17th St., #5000
Denver, CO 80202

Real Time Resolutions Inc.
P O Box 36655
Dallas, TX 75235

Vystar Credit Union
Po Box 45085
Jacksonville, FL 32232

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30